# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re:                                                                            CHAPTER 7

    ELSIE M. WEST                                    Bkcy. Case No. 17-18357-jkf

          Debtor.                                    Hearing Date: 03/21/2018 at 9:30am

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

       I hereby certify that the Debtors 1st Amended Chapter 13 Plan was served upon all parties of interest by First Class Mail, unless served electronically, at the below address on August 28, 2018.

| | | |
|---|---|---|
| Chase/Bank One Card Serv<br>PO Box 15298<br>Wilmington, DE 19850 | Capital One<br>PO Box 30253<br>Salt Lake City, UT 84130 | Abington Emer. Physician<br>56 W. Main Street, Ste. 305<br>Newark, DE 19702 |
| Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130 | Abington Health Physicians<br>1200 Old York Road<br>Abington, PA 19001 | Synchrony Bank<br>PRA Receivables Manag.<br>PO Box 41021<br>Norfolk, VA 23541 |
| Comenity Bank/Chadwcks<br>PO Box 182789<br>Columbus, OH 43218 | Comenity Bank/Brylnhme<br>PO Box 182789<br>Columbus, OH 43218 | |
| Credit Collection Serv<br>PO Box 607<br>Norwood, MA 02062 | DSNB/Macys<br>PO Box 8218<br>Mason, OH 45040 | Grimely Financial<br>30 Washington Ave, Ste C-6<br>Haddonfield, NJ 08033 |
| PROFESSIONAL RECOVERY CONSULTANTS INC<br>2700 MERIDIAN PARKWAY<br>SUITE 200<br>DURHAM NC 27713- | | Radiology Group Abington<br>P.O. Box 6750<br>Portsmouth, NH 03802 |
| SYNCB/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896 | SYNCB/Steinmart<br>P.O. Box 965005<br>Orlando, FL 32896 | SYNCB/Wal-Mart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 |

| | | |
|---|---|---|
| Santander Bank<br>P.O. Box 12646<br>Reading, PA 19612 | Surginal Care Specialists, Inc.<br>Highland Ave., Ste. 600<br>Abington, PA 19001 | Temple Uni Hospital<br>Broad & Ontario Street<br>Philadelphia, PA 19140 |
| Temple University Physicians<br>P.O. Box 827783<br>Philadelphia, PA 19182 | TOYOTA MOTOR CREDIT CORP<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408 | |

Transworld Systems
P.O. Box 15609
Wilmington, DE 19850

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

TERRY P. DERSHAW, Chapter 7 Trustee
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974

Trustee William C. Miller, Esq.
*(electronically)*

                                                Respectfully submitted,

                                                <u>s/ Robert Leite-Young</u>
                                                Counsel for Debtor
                                                6950 Castor Avenue

Dated: August 28, 2018