IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------X

In re:                                              CHAPTER 13

ELSIE M. WEST                                       Bkcy. Case No. 17-18357-jkf

   Debtor.

------------------------------------------------X

## PRE-CONFIRMATION CERTIFICATION

Debtor hereby certifies under penalty of perjury that the following are true and correct:

1. Debtor(s) (has)/have paid all fees, charges, and amounts required under 28 U.S.C. §1930 and Appendix thereto (Miscellaneous Fee Schedule), or by the plan (i.e. adequate protection payments) to be paid before confirmation.

2. Debtor(s) has/have [N/A] paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. Debtor(s) (has)/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirms that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.

Dated:        8/28/2018                             /s/ Elsie West
                                                    Debtor