# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elsie M West<br>    Debtor(s)<br><br>Toyota Motor Credit Corporation, its successors and/or assigns<br>    Movant<br>  vs.<br><br>Elsie M West<br>    Debtor(s)<br><br>Frederick L. Reigle Esq.<br>    Trustee | CHAPTER 13<br><br><br>NO. 17-18357 jkf |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **May 30, 2018; Docket #32**.

            Respectfully submitted,

            **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            412-430-3594

September 6, 2018