# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * *

In re:                                        CHAPTER 7

    ELSIE M. WEST                    Bkcy. Case No. 17-18357-jkf

        Debtor.

* * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

      I hereby certify that the Debtors 2nd Amended Chapter 13 Plan was served upon all parties of interest by First Class Mail, unless served electronically, at the below address on November 6, 2018.

Chase/Bank One Card Serv
PO Box 15298
Wilmington, DE 19850

Capital One
PO Box 30253
Salt Lake City, UT 84130

Abington Emer. Physician
56 W. Main Street, Ste. 305
Newark, DE 19702

Capital One Bank
PO Box 30281
Salt Lake City, UT 84130

Abington Health Physicians
1200 Old York Road
Abington, PA 19001

Synchrony Bank
PRA Receivables  Manag.
PO Box 41021
Norfolk, VA 23541

Comenity Bank/Chadwcks
PO Box 182789
Columbus, OH 43218

Comenity Bank/Brylnhme
PO Box 182789
Columbus, OH 43218

Credit Collection Serv
PO Box 607
Norwood, MA 02062

DSNB/Macys
PO Box 8218
Mason, OH 45040

Grimely Financial
30 Washington Ave, Ste C-6
Haddonfield, NJ 08033

PROFESSIONAL RECOVERY CONSULTANTS INC
2700 MERIDIAN PARKWAY
SUITE 200
DURHAM NC 27713-

Radiology Group Abington
P.O. Box 6750
Portsmouth, NH 03802

SYNCB/Lowes
P.O. Box 965005
Orlando, FL 32896

SYNCB/Steinmart
P.O. Box 965005
Orlando, FL 32896

SYNCB/Wal-Mart
P.O. Box 965024
Orlando, FL 32896-5024

Santander Bank
P.O. Box 12646
Reading, PA 19612

Surginal Care Specialists, Inc.
Highland Ave., Ste. 600
Abington, PA 19001

Temple Uni Hospital
Broad & Ontario Street
Philadelphia, PA 19140

Temple University Physicians
P.O. Box 827783
Philadelphia, PA 19182

TOYOTA MOTOR CREDIT CORP
PO BOX 8026
CEDAR RAPIDS IA 52408

Transworld Systems
P.O. Box 15609
Wilmington, DE 19850

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Polly A. Langdon, Esquire
*(electronically)*

Interim Trustee William C. Miller, Esq.
*(electronically)*

    Respectfully submitted,

    <u>s/ Robert Leite-Young</u>
    Counsel for Debtor
    6950 Castor Avenue

Dated: November 6, 2018