UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
|     ELSIE M. WEST | ) | |
| | ) | |
|     Debtor(s) | ) | Bky. No. 17-18357-jkf |
| | ) | |

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel Robert Leite-Young, Esq. ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,560.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** _____

                                                                                              JEAN K FITZSIMON
                                                                                              U.S. BANKRUPTCY JUDGE

**L.B.F. 2016-3A**
**"Short Form" Application of Counsel for Debtor for Compensation and Reimbursement of Expenses in Chapter 13 Case**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| ELSIE M. WEST | ) | |
| | ) | |
| Debtor(s) | ) | Bky. No. 17-18357-jkf |
| | ) | |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Robert C. Leite-Young counsel for debtor, applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on (date).

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    _____ above median (the amount on line 15 is not less than the amount on line 16).

    __X__ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of **$1,250.00** for providing the following services:
    a. As counsel, handled debtors case from initial consultation trough dismissal. 14.5hrs of total work performed.
    b. 12/3/17 – pre-filing bankruptcy consultation 1.5hrs
    c. 12/12/17 – review of all debtor's financial and assets records. Ch 7 Case Filed. 3hr.
    d. 3/23/16 – Debtor realized she may have additional assets after speaking with adult daughter. 1hrs
    e. 2/12/18 – Drafted and filed motion to convert case to Chapter 13. 1 hrs
    f. 3/21/18 – attended motion to convert - Granted. 2 hrs
    g. 4/2/18 - Case Converted.
    h. Case file updated. Amended schedules filed and Chapter 13 Plan. 2hrs.
    i. 6/21/18 – meeting of creditors held and concluded. 2hrs.

       j.      Attended several motion hearings regarding objections to confirmation, stay relief. 5hrs

       k.      8/28/18 – amended Plan prepared and filed. 1hrs

       l.      11/6/18 – amended Plan prepared and filed. .5hrs

       l.      11/7/18 – Hearing held on Confirmation. Continued to file final amended Plan. 1Hrs.

       m.     12/5/18 – Case Confirmed. .5hrs

6.     Applicant requests reimbursement of expenses in the amount of **$310.00** for the following expenses: (Description of Expenses)

7.     The debtor paid Applicant **$1,250.00** prior to the filing of the petition.

8.     A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9.     None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

    WHEREFORE, Applicant requests an award of **$1,250.00** in compensation and of **$310.00** in reimbursement of actual, necessary expenses.

**Total Fee Requested $1,560.00**

Date: July 19, 2019

Respectfully submitted,

/s Robert Leite-Young
Robert Leite-Young, Esquire
Attorney debtor
6950 Castor Avenue
Philadelphia, PA 19149
267-388-9972

# EXHIBIT A

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Elsie M West**  
Debtor(s)

Case No. **17-18357**  
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ **1,250.00**  
   Prior to the filing of this statement I have received $ **0.00**  
   Balance Due $ **1,250.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_Date_

**/s/ Robert Leite-Young**  
**Robert Leite-Young**  
*Signature of Attorney*  
**Roach, Leite & Manyin, LLC**  
**6950 Castor Avenue**  
**Philadelphia, PA 19149**  
**267-343-5818  Fax: 267-343-5821**  
**Rleite@rlmfirm.com**  
*Name of law firm*