**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **ELSIE M. WEST** | ) | Docket No. 17-18357-jkf |
| **Debtor** | ) | |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 1954 Ashley Street, Philadelphia, PA |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| ELSIE M. WEST and CLYDE E. WEST | ) | |
| Respondent | ) | |

## CERTIFICATION OF NO RESPONSE

I, Thomas A. Capehart, Esquire, attorney for the Movant, hereby certify that no answer, objection or other responsive pleading has been served upon me in connection with Santander Bank's Motion for Relief from the Automatic Stay with regard to property located at 1954 Ashley Street, Philadelphia, Philadelphia County, Pennsylvania ("Premises"), which was served upon all parties of interest on August 9, 2019.

Dated: August 26, 2019

Respectfully Submitted,
**GROSS MCGINLEY LLP**

By:/s/*Thomas A. Capehart*
Thomas A. Capehart, Esq.,
*Attorney for Santander Bank, N.A.*
PA Bar ID #57440
33 S. 7th Street, PO Box 4060
Allentown, PA 18105
610-820-5450 (p); 610-820-6006 (f)
tcapehart@grossmcginley.com