**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **ELSIE M. WEST** | ) | Docket No. 17-18357-jkf |
| **Debtor** | ) | |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 1954 Ashley Street, Philadelphia, PA |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | **Hearing Date:  August 28, 2019** |
| | ) | **Time:  9:30 a.m.** |
| ELSIE M. WEST and CLYDE E. WEST | ) | **Courtroom: #3** |
| Respondents | ) | |

## ORDER

AND NOW, this __28th__ day of AUGUST, 2019, Upon consideration of the Motion seeking Stay Relief filed by Santander Bank, N.A. ("Santander Bank"), pursuant to 11 U.S.C. Section 362(d) and 1301(c), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by Santander Bank is hereby GRANTED; and it is further

ORDERED that the automatic stay provisions of Sections 362 and 1301 of the Bankruptcy Code are hereby terminated with respect to Santander Bank; and it is further

ORDERED that Santander Bank is entitled to proceed with any and all available state court remedies against the real property known as 1954 Ashley Street, Philadelphia, Pennsylvania ("Premises").

~~ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its exec~~ution.

**BY THE COURT:**

_____
Jean K. FitzSimon
United States Bankruptcy Judge