United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18357-jkf
Elsie M West                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Aug 29, 2019
                              Form ID: pdf900         Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db             +Elsie M West,    1954 Ashley Street,    Philadelphia, PA 19138-2725
14027210       +Santander Bank,    P.O. Box 12646,    Reading, PA 19612-2646
14091668       +Santander Bank, N.A.,    601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
14095663        Santander Bank, N.A.,    c/o THOMAS A. CAPEHART,    33 South 7th Street,    PO Box 4060,
                 Allentown, PA 18105-4060
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2019 03:17:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 03:30:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Santander Bank, N.A.,    601 Penn St.,   MC: 10-6438-FB7,    Reading, PA 19601-3563
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Elsie M West rleite@roachleite.com,
               lanette@roachleite.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              TERRY P. DERSHAW    on behalf of Trustee TERRY P. DERSHAW td@ix.netcom.com,
               PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS A. CAPEHART    on behalf of Creditor   Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **ELSIE M. WEST** | ) | Docket No. 17-18357-jkf |
| **Debtor** | ) | |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 1954 Ashley Street, Philadelphia, PA |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | Hearing Date: August 28, 2019 |
| | ) | Time: 9:30 a.m. |
| ELSIE M. WEST and CLYDE E. WEST | ) | Courtroom: #3 |
| Respondents | ) | |

## ORDER

AND NOW, this __28th__ day of AUGUST, 2019, Upon consideration of the Motion seeking Stay Relief filed by Santander Bank, N.A. ("Santander Bank"), pursuant to 11 U.S.C. Section 362(d) and 1301(c), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by Santander Bank is hereby GRANTED; and it is further

ORDERED that the automatic stay provisions of Sections 362 and 1301 of the Bankruptcy Code are hereby terminated with respect to Santander Bank; and it is further

ORDERED that Santander Bank is entitled to proceed with any and all available state court remedies against the real property known as 1954 Ashley Street, Philadelphia, Pennsylvania ("Premises").

~~ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution.~~

BY THE COURT:

_Jean K. FitzSimon_
Jean K. FitzSimon
United States Bankruptcy Judge