# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * *

In re:  CHAPTER 13

    ELSIE M. WEST  Bkcy. Case No. 17-18357

    Debtor.

* * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

    I hereby certify that the Counsel's Application for Fees was served upon all parties of interest by First Class Mail, unless served electronically, at the below address on July 25, 2019 and again to debtor on August 20, 2019.

Elsie West
1954 Ashley Street
Philadelphia, PA 19138
*(Regular U.S. on July 25, 2019)*
*Re-served (U.S mail delivery on 8/20/2019)*

Chapter 13 Trustee William C. Miller, Esq.
1234 Market Street, 18th Flr
Philadelphia, PA 19104
*(electronically on July 25, 2019)*

                                                  Respectfully submitted,

                                                  <u>s/ Robert Leite-Young</u>
                                                  Counsel for Debtor
                                                  6950 Castor Avenue
                                                  Philadelphia, PA 19149

Dated: September 4, 2019