# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * *

In re:                                        CHAPTER 13

    ELSIE M. WEST                          Bkcy. Case No. 17-18357-jkf

    Debtor.

* * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF NO RESPONSE

The undersigned certifies that to date there has been no response to the Application of debtor's counsel for compensation by the debtor any creditor and/or other interested party.

Elsie West
1954 Ashley Street
Philadelphia, PA 19138
*(regular U.S. Mail on September 4, 2019)*

Chapter 13 Trustee William C. Miller, Esq.
1234 Market Street, 18th Flr
Philadelphia, PA 19104
*(electronically on September 4, 2019)*

                                                        Respectfully submitted,

                                                        <u>s/ Robert Leite-Young</u>
                                                        Counsel for Debtor
                                                        6950 Castor Avenue
                                                        Philadelphia, PA 19149

Dated: September 4, 2019