UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * * *

In re:                                              CHAPTER 13

    ELSIE M. WEST                           Bkcy. Case No. 17-18357-jkf

                                                          **HEARING SCHEDULED FOR**
                         Debtor.          **October 16, 2019 AT 9:30AM**
                                                          **UNITED STATE BANKRUPTCY COURT**
                                                           **ROBERT NIX BUILDING**
                                                           **900 MARKET STREET**
                                                           **COURTROOM #3**
                                                          **PHILADELPHIA, PA 19106**

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MOTION FOR RECONSIDERATION

    PLEASE TAKE NOTICE, that debtor, Elsie M. West by and through the undersigned counsel has filed a Motion for Reconsideration.

    **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)

    1.    A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on October 16, 2019 at 9:30a.m. in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19106.

    2.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    3.    You may contact the Bankruptcy Clerk's office at (215) 408-2821 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 20, 2019

                                                               Robert Leite-Young, Esquire
                                                               1333 Christian Street
                                                               Philadelphia, PA 19147