**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **ELSIE M. WEST** | : | |
| Debtor. | : | Case No. 17-18357-JKF |

## ORDER

AND NOW, upon the filing of Debtor's *Motion for Reconsideration from Judgement/Order Pursuant to Fed. R. Bankr.P. 9024* (the "Motion") and after notice and hearing, it is hereby

ORDERED that the Debtor's Motion is **granted.** The Order of this Court entered on August 28, 2019 granting stay relief to Santander Bank is vacated.

dated: 11/14/19

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge