United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 17-18357-jkf
Elsie M West                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: Nov 14, 2019
                              Form ID: pdf900         Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db             +Elsie M West,   1954 Ashley Street,   Philadelphia, PA 19138-2725
aty            +Robert Leite-Young,   2938 Levick Street, Ground Flr,   Philadelphia, PA  19149,
                 UNITED STATES 19149-3050
14027210       +Santander Bank,   P.O. Box 12646,   Reading, PA 19612-2646
14095663        Santander Bank, N.A.,   c/o THOMAS A. CAPEHART,   33 South 7th Street,   PO Box 4060,
                 Allentown, PA 18105-4060
14091668       +Santander Bank, N.A.,   601 Penn Street,   MC 10-6438-FB7,   Reading, PA 19601-3563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 15 2019 03:38:35    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:07
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:33    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 03:48:43    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Santander Bank, N.A.,   601 Penn St.,   MC: 10-6438-FB7,   Reading, PA 19601-3563
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT   LEITE-YOUNG    on behalf of Debtor Elsie M West rleite@roachleite.com,
               lanette@roachleite.com
              ROBERT   LEITE-YOUNG    on behalf of Attorney Robert  Leite-Young rleite@roachleite.com,
               lanette@roachleite.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              TERRY P. DERSHAW    on behalf of Trustee TERRY P. DERSHAW td@ix.netcom.com,
               PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| **ELSIE M. WEST** | : | |
| **Debtor.** | : | **Case No. 17-18357-JKF** |

## ORDER

AND NOW, upon the filing of Debtor's *Motion for Reconsideration from Judgement/Order Pursuant to Fed. R. Bankr.P. 9024* (the "Motion") and after notice and hearing, it is hereby

ORDERED that the Debtor's Motion is **granted.** The Order of this Court entered on August 28, 2019 granting stay relief to Santander Bank is vacated.

dated: 11/14/19

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge