| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-18357-AMC**

ELSIE M WEST
1954 ASHLEY STREET
PHILADELPHIA  PA    19138

Petition Filed Date: 12/12/2017
341 Hearing Date: 06/15/2018
Confirmation Date: 12/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $175.00 | 25674790364 | 02/20/2019 | $175.00 | 24570418375 | 03/19/2019 | $175.00 | 25790075640 |
| 04/24/2019 | $175.00 | 25790094808 | 05/21/2019 | $175.00 | 25713657630 | 06/18/2019 | $175.00 | 25925979205 |
| 08/30/2019 | $175.00 | 6809422604 | 10/23/2019 | $175.00 | 366079 | 11/26/2019 | $175.00 | 26252677427 |
| 01/03/2020 | $175.00 | 26409575406 | 02/04/2020 | $175.00 | 25248859053 | 03/10/2020 | $175.00 | 26435187630 |
| 07/13/2020 | $175.00 | 26770722006 | 08/12/2020 | $175.00 | 26605750781 | | | |

**Total Receipts for the Period:  $2,450.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,265.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $1,780.00 | $1,780.00 | $0.00 |
| 1 | SANTANDER BANK NA »» 001 | Unsecured Creditors | $4,711.63 | $1,657.16 | $3,054.47 |
| 2 | SANTANDER BANK NA »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SYNCHRONY BANK »» 004 | Unsecured Creditors | $3,419.97 | $0.00 | $3,419.97 |
| 5 | SYNCHRONY BANK »» 005 | Unsecured Creditors | $3,116.94 | $0.00 | $3,116.94 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | ROBERT C LEITE-YOUNG »» 007 | Attorney Fees | $310.00 | $310.00 | $0.00 |

**Chapter 13 Case No. 17-18357-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,265.00 | Current Monthly Payment: | $178.00 |
| Paid to Claims: | $3,747.16 | Arrearages: | $1,038.00 |
| Paid to Trustee: | $360.34 | Total Plan Base: | $8,507.00 |
| Funds on Hand: | $157.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.