**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **ELSIE M. WEST** | ) | Docket No. 17-18357-amc |
| **Debtor** | ) | |
| | ) | MOTION FOR STAY RELIEF |
| | ) | 1954 Ashley Road, Philadelphia PA |
| SANTANDER BANK, N.A. | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| ELSIE M. WEST | ) | |
| Respondent | ) | |

**PRAECIPE TO RE-LIST HEARING DATE**

To the Clerk:

Kindly re-list the above referenced matter to Judge Chan's hearing list scheduled for February 3, 2021 at 11:00 a.m., on Santander Bank's Motion for Relief from the Automatic Stay, due to the inability of the parties to execute a settlement stipulation as previously reported to the court.

Respectfully Submitted,

_/s/Thomas A. Capehart____
Thomas A. Capehart, Esq.
Attorney for Santander Bank
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
610-820-5450