United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Elsie M West  
      Debtor

Case No. 17-18357-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 10, 2021      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elsie M West, 1954 Ashley Street, Philadelphia, PA 19138-2725 |
| aty | + | Robert Leite-Young, 2938 Levick Street, Ground Flr, Philadelphia, PA 19149, UNITED STATES 19149-3050 |
| 14027197 | + | AMH Radiation Medicine Assoc., P.O. Box 13700-1132, Philadelphia, PA 19191-0001 |
| 14027195 | + | Abington Emergency Physician, 56 West Main Street, Ste. 305, Newark, DE 19702-1503 |
| 14027196 | + | Abington Health Physicians, 1200 Old York Road, Abington, PA 19001-3720 |
| 14027201 | + | Clyde West, 1954 Ashley Street, Philadelphia, PA 19138-2725 |
| 14027205 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB/Macys, PO Box 8218, Mason, OH 45040 |
| 14027208 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants, 2700 Meridian Parkway, Ste. 200, Durham, NC 27713 |
| 14027209 | ++++ | RADIOLOGY GROUP ABINGTON, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Radiology Group Abington, P.O. Box 6750, Portsmouth, NH 03802 |
| 14027210 | + | Santander Bank, P.O. Box 12646, Reading, PA 19612-2646 |
| 14091668 | + | Santander Bank, N.A., 601 Penn Street, MC 10-6438-FB7, Reading, PA 19601-3563 |
| 14095663 | | Santander Bank, N.A., c/o THOMAS A. CAPEHART, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14027211 | + | Surginal Care Specialists, Inc., 1245 Highland Ave., Ste. 600, Abington, PA 19001-3727 |
| 14027218 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411 |
| 14027215 | | Temple University Hospital, Broad & Ontario Street, Philadelphia, PA 19140 |
| 14027216 | + | Temple University Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |
| 14101764 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14114131 | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, KML Law Group P.C., 710 Market Street, Suite 5000, Philadelphia PA 19106-2312 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2021 04:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 11 2021 04:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14119929 | + | Email/Text: megan.harper@phila.gov | Feb 11 2021 04:01:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY |

Case 17-18357-amc   Doc 98   Filed 02/12/21   Entered 02/13/21 00:53:23   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14027198 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 02:51:48 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14027199 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 02:59:42 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14027202 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 11 2021 04:01:00 | Comenity Bank/Brylnhme, PO Box 182789, Columbus, OH 43218-2789 |
| 14027203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 11 2021 04:01:00 | Comenity Bank/Chadwcks, PO Box 182789, Columbus, OH 43218-2789 |
| 14027204 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 11 2021 04:02:00 | Credit Collection Serv, PO Box 607, Norwood, MA 02062-0607 |
| 14027205 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2021 02:44:42 | DSNB/Macys, PO Box 8218, Mason, OH 45040 |
| 14027200 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 11 2021 02:51:49 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850 |
| 14027732 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2021 02:44:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14027212 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 02:59:35 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14027213 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 02:59:38 | SYNCB/Steinmart, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14027214 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 02:59:38 | SYNCB/Wal-Mart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14105545 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 02:59:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14027219 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 11 2021 04:02:00 | Transworld Systems, P.O. Box 15609, Wilmington, DE 19850-5609 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14027206 | | Einstein Healthcare Network |
| cr | *+ | Santander Bank, N.A., 601 Penn St., MC: 10-6438-FB7, Reading, PA 19601-3563 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14027217 | *+ | Temple University Physicians, PO Box 827783, Philadelphia, PA 19182-7783 |
| 14027207 | ##+ | Grimely Financial, 30 Washington Avenue, Ste C-6, Haddonfield, NJ 08033-3341 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 34 |

Date: Feb 12, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

**Name**     **Email Address**

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Elsie M West rleite@roachleite.com lanette@roachleite.com

ROBERT LEITE-YOUNG
    on behalf of Attorney Robert Leite-Young rleite@roachleite.com lanette@roachleite.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

TERRY P. DERSHAW
    on behalf of Trustee TERRY P. DERSHAW td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS A. CAPEHART
    on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| ELSIE M WEST | Bankruptcy No. 17-18357-amc |
| Debtor | |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 10, 2021**

_____
U.S. BANKRUPTCY JUDGE